1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   JORGE FELIX CASTELLANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-06-215-GEB |
| PLAINTIFF, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 23, 2007 |
| v. | |
| JORGE FELIX CASTELLANO ,et al., | |
| DEFENDANTS. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary L. Grad and the defendants: Miguel Felix Molina represented by his attorney Mr. Kendall D. Simsarian, Guadalupe Felix Castellano, represented by his attorney Mr. Gilbert A. Roque, Alejandro Castellano represented by his attorney Ms. Dina L. Santos, and Jorge Felix Castellano, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, January 19, 2007, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, February 23, 2007, at 9:00 a.m.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, January 19, 2006 to and including Friday, February 23, 2007, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
|   | /s/ Mary L. Grad by Telephone authorization |
| DATED: 1-18-07 | _____<br>MARY L. GRAD<br>Assistant United States Attorney<br>Attorneys for the Plaintiff |
|   | /s/ Kendall D. Simsarian by telephone authorization |
| DATED: 1-18-07 | _____<br>KENDALL D. SIMSARIN<br>Attorney for defendant Miguel Felix Molina |
|   | /s/ Gilbert A. Roque by in person authorization |
| DATED: 1-18-07 | _____<br>GILBERT A. ROQUE<br>Attorney for defendant Guadalupe Felix Castellano |
|   | /s/ Dina L. Santos by in person authorization |
| DATED: 1-18-07 | _____<br>DINA L. SANTOS<br>Attorney for defendant Alejandro Castellano |
|   | /s/ JAMES R. GREINER |
| DATED: 1-18-07 | _____<br>JAMES R. GREINER<br>Attorney for defendant Jorge Felix Castellano |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: January 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28